## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| ROSE, PAUL MARK ) | CHAPTER 7 |
| XXX-XX-6810 ) | CASE NO. 17-21000-JGR |
| ) | |
| _____ ) | |
| ) | |
| Robertson B. Cohen, Chapter 7 Trustee ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ROSE, PAUL MARK ) | ADV. CASE NO. _____-JGR |
| ) | |
| Defendant(s). ) | |

## COMPLAINT TO REVOKE DISCHARGE OF DEFENDANT

Robertson B. Cohen, Chapter 7 Trustee ("Trustee/Plaintiff") respectfully submits his COMPLAINT against the above captioned Defendant's to revoke the Discharge under 11 U.S.C. §727(d)(3) and 11 U.S.C. §727(a)(6)(A), and states as follows:

### JURISDICTION

1. This Court has original jurisdiction of these matters pursuant to 28 U.S.C. §1334(b), 28 U.S.C. §157(a), General Procedure Order No. 1984-3 and 28 U.S.C. §157(b)(1) in that they arise under Title 11 of the United States Code.

2. The claim to revoke Defendant's discharge is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(J).

3. Venue is proper in this district pursuant to 28 U.S.C. §1409.

4. Plaintiff does consent to entry of final orders or judgment by the bankruptcy court.

### GENERAL ALLEGATIONS

5. On December 1, 2017, Defendant filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Plaintiff is the duly appointed and acting Chapter 7 Trustee of the bankruptcy estate of Defendant. The 11 U.S.C § 341 Meeting of Creditors was held on August 1, 2016.

6. On April 25, 2018, Plaintiff filed a Motion to Compel Turnover (Docket No. 16) of $8,123.04 ("Property") of nonexempt property consisting of cash and a financial account and an Order approved Plaintiff's Motion to Compel Turnover on May 17, 2018 (the "Order") (Docket No. 23). Defendant was ordered to turnover the Property by May 27, 2018.

7. To date, Plaintiff has not received any payments. Plaintiff has not received any requests for a repayment plan or contact from the Defendant.

8. Defendant received a discharge in this case on May 7, 2018.

9. Plaintiff's office sent an email to the attorney of record for the Defendant on or about July 30, 2018, with a copy of an unfiled draft complaint to revoke the discharge. On July 31, 2018, Defendant's Bankruptcy Counsel informed Plaintiff that Defendant has moved without a forwarding address and is no longer accepting calls from his Counsel.

10. Plaintiff will incur $350.00 in expenses to file this revocation of discharge

## CLAIM FOR RELIEF

### (Revocation of Discharge Under 11 U.S.C. §§727(a)(6)(A) and 727(d)(3))

11. Plaintiff incorporates paragraphs 1 through 10 as though fully set forth herein.

12. Defendant has failed to comply with the terms of the Order. Defendant has failed to turnover $8,123.04 of nonexempt Property.

13. By failing to comply with the terms of the Order, Defendant has refused to obey a lawful order of this Court.

14. Plaintiff requests that this Court revoke the Defendant's discharge pursuant to Bankruptcy Code §§727(a)(6)(A) and 727(d)(3).

WHEREFORE, Plaintiff requests that this Court enter an Order revoking Defendant's discharge and grant such other and further relief as the Court deems just and proper.

Dated: September 13, 2018

Respectfully submitted,

*/s/ Robertson B. Cohen*
_____
Robertson B. Cohen, Chapter 7 Trustee
1720 S. Bellaire St; Ste 205
Denver, CO 80122
(303) 933-4529
Email: trusteecohen@cohenlawyers.com